```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

UNITED STATES                    :    Mag. No. 11-488 (WJM)
                                 :
       v.                        :    HON. WILLIAM J. MARTINI
                                 :
ALEJANDRO VALDEZ, et.al.         :    ORDER
```

This matter having come before the Court pursuant to a motion by Paul J. Fishman, United States Attorney for the District of New Jersey (Randall H. Cook, Assistant United States Attorney, appearing), for an order requiring that the Judgments of Conviction in the above-captioned case accurately reflect the Defendants' true identities, and the parties having been heard, the Court makes the following findings:

    1. The true identity of Alejandro Valdez is Sandy Antonio;

    2. The true identity of Victor Arias is David Antonio;

    3. The true identity of Jose Delorbe is Antonio Aquino; and

    4. The true identity of Christian Colon is Jose Manuel Pina Dominguez.

IT IS, therefore, on this 11th day of April, 2012,

    ORDERED

That the Judgment of Conviction for each of these Defendants shall reflect both his true identity and alias.

Dated: April //, 2012

                                              _____
                                              HONORABLE WILLIAM J. MARTINI
                                              United States District Judge